FILE COPY

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

FILED
JAMES BONINI
CLERK

04 MAR -3 AM 9:23

Filed: March 2, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 03-3242
Keenan vs. Brigano
District Court No. 00-00773

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-3242] . Volumes included: 1  Pl;  4  Tr;.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

_3-3-04_
Date

Very truly yours,
Leonard Green, Clerk

Michelle R. Senger
Records Management Deputy