# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

00-00773
Cincinnati
Spiegel

03-3242

**RECEIVED**
MAR 0 5 2004

March 1, 2004

William K. Suter
Clerk of the Court
(202) 479-3011

**FILED**
MAR - 9 2004
LEONARD GREEN, Clerk

LEONARD GREEN, Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

   Re: Claude Lee Keenan
       v. Anthony Brigano, Warden
       No. 03-9169
       (Your No. 03-3242)

Dear Clerk:

   The petition for a writ of certiorari in the above entitled case was filed on January 21, 2004 and placed on the docket March 1, 2004 as No. 03-9169.

                              Sincerely,

                              William K. Suter, Clerk

                              by
                              Gail Johnson
                              Case Analyst